

EXHIBIT
B

| | |
|---|---|
| From: | Christine S. Coleman |
| To: | "Matt Ghio" |
| Cc: | Robert D. Younger; John J. Marino |
| Subject: | RE: Gamewell v. Lafayette |
| Date: | Wednesday, October 20, 2021 11:19:12 AM |
| Attachments: | image001.png |
| | MCMAHON_BERGER-#262036-v1-LFY-004_Sugg_in_Support_Mtn_Rule_35.pdf |
| | MCMAHON_BERGER-#262033-v1-LFY-004_Motion_for_Mental_Examination.pdf |
| | MCMAHON_BERGER-#262031-v1-LFY-004_Notice_of_Mental_Examination.pdf |

Matt,

Please find attached a slightly revised and finalized Notice from the draft we sent you yesterday (the location of the written examination/name of the written examination examiner was not on the draft we sent yesterday and the time of the written examination was changed from 9am to 1pm). In addition, you will find Defendant's Motion for a Mental Examination Pursuant to Rule 35 and Suggestions in Support thereto attached to this email. We will be filing this with the Court today.

Please feel free to contact me if you would like to further discuss this matter.

Sincerely,

*Christine Coleman*

2730 N. Ballas Road, Suite 200
St. Louis, MO 63131
(314) 567-7350 (Telephone)
(314) 567-5968 (Facsimile)
(314) 941-3446 (Cell)
coleman@mcmahonberger.com



The Missouri Bar suggests all Missouri-licensed attorneys notify recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent or received may be saved and/or copied by the various computers it passes through; (3) persons not participating in this e-mail communication, including persons who may have an interest in the contents of this e-mail, may intercept and access these communications by accessing, either properly or improperly, the sender's computer, the receiver's computer, or even another computer through which this e-mail passes. Communications via e-mail is appropriate in this instance because you have expressly consented to receive any communications via this medium. If at any time the receiver of this e-mail wishes to revoke consent to receive e-mail communication, the receiver is requested immediately to notify the sender identified above.

CONFIDENTIALITY STATEMENT: This e-mail is confidential, intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law. All rights to any privileges and exemptions are expressly claimed

and not waived.  If you have received this message in error, or are not the named recipient(s), please immediately notify the sender by return e-mail or by calling our office at (314) 567-7350 (collect if necessary), and you are requested to delete this e-mail message from your computer.  If this e-mail is not intended for you, any reading, distribution, copying, or disclosure of this e-mail is strictly prohibited. Thank you.

**From:** Christine S. Coleman
**Sent:** Tuesday, October 19, 2021 3:38 PM
**To:** Matt Ghio <matt@ghioemploymentlaw.com>
**Cc:** Robert D. Younger <younger@mcmahonberger.com>; John J. Marino <marino@mcmahonberger.com>
**Subject:** RE: Gamewell v. Lafayette

Matt,

Your client's mental condition is at issue in this case in that he is seeking damages for emotional distress and there is good cause for the IME in that Plaintiff claims that Defendant caused him to have "severe panic attacks" and caused him to be diagnosed with anxiety. In addition to this, your client made claims about Rob Libera taking/attempting to take pictures of him in the bathroom (the same types of claims he makes in this case) that the Manchester PD determined were meritless – completely false. As such, there is also good cause to determine whether your client has a condition that has impacts his ability to provide reliable testimony.

What is your objection to Dr. Pribor conducting the evaluation?

*Christine Coleman*
2730 N. Ballas Road, Suite 200
St. Louis, MO 63131
(314) 567-7350 (Telephone)
(314) 567-5968 (Facsimile)
(314) 941-3446 (Cell)
coleman@mcmahonberger.com



The Missouri Bar suggests all Missouri-licensed attorneys notify recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent or received may be saved and/or copied by the various computers it passes through; (3) persons not participating in this e-mail communication, including persons who may have an interest in the contents of this e-mail, may intercept and access these communications by accessing, either properly or improperly, the sender's computer, the receiver's computer, or even another computer

through which this e-mail passes.  Communications via e-mail is appropriate in this instance because you have <u>expressly</u> consented to receive any communications via this medium.  If at any time the receiver of this e-mail wishes to revoke consent to receive e-mail communication, the receiver is requested immediately to notify the sender identified above.

CONFIDENTIALITY STATEMENT:  This e-mail is confidential, intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law.  All rights to any privileges and exemptions are expressly claimed and not waived.  If you have received this message in error, or are not the named recipient(s), please immediately notify the sender by return e-mail or by calling our office at (314) 567-7350 (collect if necessary), and you are requested to delete this e-mail message from your computer.  If this e-mail is not intended for you, any reading, distribution, copying, or disclosure of this e-mail is strictly prohibited. Thank you.

**From:** Matt Ghio <matt@ghioemploymentlaw.com>
**Sent:** Tuesday, October 19, 2021 2:44 PM
**To:** Christine S. Coleman <coleman@mcmahonberger.com>
**Cc:** Robert D. Younger <younger@mcmahonberger.com>; John J. Marino <marino@mcmahonberger.com>
**Subject:** Re: Gamewell v. Lafayette

Christine, I'm out of town for my kids fall break. I'm back tomorrow at 5 pm. I've got depositions all day Thursday and Friday.

We object to the exam itself and Dr Pribor specifically.

What do you contend is the good cause for a Rule 35 exam?

Matt

> On Oct 19, 2021, at 2:46 PM, Christine S. Coleman <coleman@mcmahonberger.com> wrote:
>
> Matt,
>
> I just left you a voicemail to discuss the attached. Please review this Notice of Mental Examination and let us know if you have any objections to the tester or to the dates of testing. We understand that Mr. Gamewell may need an accommodation for completing the written testing and we would like to discuss that with you as well.

Please note that the court's deadline for Defendant to file the request for a mental examination is tomorrow.

Thanks,

*Christine Coleman*
2730 N. Ballas Road, Suite 200
St. Louis, MO 63131
(314) 567-7350 (Telephone)
(314) 567-5968 (Facsimile)
(314) 941-3446 (Cell)
coleman@mcmahonberger.com

<image001.png>

The Missouri Bar suggests all Missouri-licensed attorneys notify recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent or received may be saved and/or copied by the various computers it passes through; (3) persons not participating in this e-mail communication, including persons who may have an interest in the contents of this e-mail, may intercept and access these communications by accessing, either properly or improperly, the sender's computer, the receiver's computer, or even another computer through which this e-mail passes. Communications via e-mail is appropriate in this instance because you have <u>expressly</u> consented to receive any communications via this medium.  If at any time the receiver of this e-mail wishes to revoke consent to receive e-mail communication, the receiver is requested immediately to notify the sender identified above.

CONFIDENTIALITY STATEMENT:  This e-mail is confidential, intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law.  All rights to any privileges and exemptions are expressly claimed and not waived.  If you have received this message in error, or are not the named recipient(s), please immediately notify the sender by return e-mail or by calling our office at (314) 567-7350 (collect if necessary), and you are requested to delete this e-mail message from your computer.  If this e-mail is not intended for you, any reading, distribution, copying, or disclosure of this e-mail is strictly prohibited. Thank you.

<MCMAHON_BERGER-#262031-v1-LFY-004_Notice_of_Mental_Examination.doc>

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.