UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW GAMEWELL | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. 4:21-cv-00523-SEP |
| | ) | |
| LAFAYETTE WORK CENTER | ) | |
| Defendant(s). | ) | |
| | ) | |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

___

**Option 1**

☐   The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

___

**Option 2**

☒   An ADR conference was held on: _____December 3, 2021_____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____
_____.

The ADR referral was concluded on  December 3, 2021  . The parties [☒  did   ☐  did not] achieve a settlement.
                                                                                                     ***Check One***

___

**Option 3**

☐   Although this case was referred to ADR, a conference WAS NOT HELD.
___

Date:  December 13, 3021      Neutral:   /s/ Francis X. Neuner, Jr.